1  **VERONICA A.F. NEBB**
   City Attorney, SBN 140001
2  **BY:  KRISTOFFER S. JACOB**
   Assistant City Attorney, SBN 320286
3  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street, Third Floor
4  Vallejo, CA  94590
   Tel:  (707) 648-4545
5  Fax:  (707) 648-4687
   Email:  Kristoffer.Jacob@cityofvallejo.net
6
   Attorneys for Defendants CITY OF VALLEJO,
7  JASON TA and JODI BROWN

8                         UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | JAMAL COLTER, an individual; KELLYANNE COLTER, an individual; and ROBERT BAKER, an individual, | Case No. 2:25-cv-01104-AC |
   | Plaintiffs, | **STIPULATION AND ORDER TO STAY CASE PENDING RESOLUTION OF CRIMINAL ACTION** |
   | v. | |
   | CITY OF VALLEJO, a municipal corporation; JASON TA, in his official capacity as CHIEF OF POLICE for the CITY OF VALLEJO; JODI BROWN, in her individual capacity as a law enforcement officer for the CITY OF VALLEJO; and DOES 1-25 in their individual capacity as law enforcement officers for the CITY OF VALLEJO, inclusive, | |
   | Defendants. | |

21     IT IS HEREBY STIPULATED by and between Plaintiffs JAMAL COLTER, an

22 individual; KELLYANNE COLTER, an individual; and ROBERT BAKER, an individual

23 ("Plaintiffs"), and Defendants CITY OF VALLEJO, a municipal corporation; JASON TA, in his

24 official capacity as CHIEF OF POLICE for the CITY OF VALLEJO; JODI BROWN, in her

25 individual capacity as a law enforcement officer for the CITY OF VALLEJO ("Defendants"),

26 referred to collectively as the "Parties," by and through their designated counsel that:

27     WHEREAS, this case arises from a series of incidents involving multiple encounters

28 between Plaintiffs and officers from the Vallejo Police Department ("VPD");

WHEREAS, the District Attorney brought multiple charges against Plaintiff Robert Baker in connection with his encounter with VPD officers, which case is currently pending in the Solano County Superior Court, Case No. F24-02463;

WHEREAS, Plaintiffs' claims against Defendants in the underlying civil action rely in part on Plaintiff Baker's encounter with VPD officers that resulted in the criminal charges now pending in the Solano County Superior Court;

WHEREAS, a conviction in the criminal case may bar some or all of Plaintiffs' claims against Defendants under *Heck v. Humphrey*, 512 U.S. 477 (1994);

WHEREAS, California Government Code section 945.3 precludes Plaintiffs from litigating their claims under state law against the individually named and Doe officers and the City of Vallejo while the criminal case is pending;

WHEREAS, the Parties believe that a stay is appropriate; and

WHEREAS, the Parties will notify the Court within thirty (30) days of the resolution of the underlying criminal case.

IT IS HEREBY STIPULATED, by and between the Parties to this action through their counsel that this case be stayed pending resolution of criminal proceedings against Plaintiff Robert Baker currently pending in the Superior Court of Solano County.

Respectfully submitted,

DATED: July 14, 2025

/s/ Kristoffer S. Jacob
Kristoffer S. Jacob
Assistant City Attorney
Attorney for Defendants
CITY OF VALLEJO, JASON TA and JODI BROWN

NOLD LAW

DATED: July 14, 2025

/s/ Melissa C. Nold (as authorized on 07/14/2025)
Melissa C. Nold
Attorney for Plaintiffs
JAMAL COLTER, KELLYANNE COLTER and ROBERT BAKER

<u>ORDER</u>

Pursuant to the stipulation of the Parties and good cause appearing, *Colter v. City of Vallejo*, Case No. 2:25-cv-01104-AC is stayed pending the resolution of *People v. Baker*, Case No. F24-02463. The Parties are ordered to notify the Court within thirty (30) days of the resolution of the underlying criminal case.

**IT IS SO ORDERED.**

DATED: July 15, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3    STIP AND ORDER TO STAY CASE